

FILED
OCT 22 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8862

| UNITED STATES OF AMERICA, | Magistrate Case No.: |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Jacobo Clemente BENAVIDES-Gonzalez, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about October 20, 2007, within the Southern District of California, defendant Jacobo Clemente BENAVIDES-Gonzalez did knowingly and intentionally import approximately 60.98 kilograms (134.15 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Antonio Zenteno
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 22ND, DAY OF OCTOBER 2007.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Antonio Zenteno, declare under penalty of perjury, the following is true and correct:

On October 20, 2007, at approximately 0745 hours, Jacobo Clemente BENAVIDES-Gonzalez entered the United States from Mexico at the Calexico, CA., West Port of Entry. BENAVIDES was the driver and sole occupant of a 1995 Mazda 626 bearing Mexico license plates. BENAVIDES gave a primary U.S. Customs and Border Protection Officer a negative oral Customs declaration. The primary officer referred BENAVIDES into the Vehicle Secondary lot for further inspection.

Subsequent inspection of the Mazda 626 revealed 16 packages concealed within the backseat rest, and 24 packages within a non-factory floorboard compartment for a combined total of 40 packages. One of the packages was probed and a sample of a green leafy substance was obtained, which field-tested positive for marijuana. The 40 packages had a combined net weight of approximately 60.98 kilograms (134.15 pounds).

BENAVIDES was arrested for violation of Title 21 United States Code Section 952, and 960, Importation of Controlled Substance. BENAVIDES acknowledged and waived his Miranda rights. BENAVIDES admitted knowledge of the marijuana. BENAVIDES stated that he was going to receive $1,000.00 from Carlos Last Name Unknown (LNU) after successfully smuggling the marijuana-laden 1995 Mazda 626 into the United States from Mexico. BENAVIDES was processed and booked into the Imperial County Jail to await his initial appearance before a U.S. Magistrate Judge.

Executed on  10/21/07  (date) at  07:48  (hours).

Antonio Zenteno
Immigration & Customs Enforcement
Special Agent

On the basis of the facts presented in the probable cause statement consisting of __1__ page(s), I find probable cause to believe that the defendant(s) named in the probable cause statement committed the offense on __10/20/07__ in violation of Title 21, United States Code, Section(s) __952 & 960__.

United States Magistrate Judge

10/21/07 at 8:55am
Date/Time