1  **HEATHER R. ROGERS**
California State Bar No. 229519
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
e-mail: heather_rogers@fd.org

6  Attorneys for Defendant Mr. Benavides-Gonzalez

8                        UNITED STATES DISTRICT COURT

9                     FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No. 07mj8862 |
|                            ) | |
| Plaintiff,                 ) | |
|                            ) | |
| v.                         ) | |
|                            ) | **NOTICE OF APPEARANCE** |
| JACOBO CLEMENTE BENAVIDES- ) | |
| GONZALEZ,                  ) | |
|                            ) | |
| Defendant.                 ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Heather R. Rogers, and Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: October 29, 2007        *s/ Heather R. Rogers*
                               HEATHER R. ROGERS
                               Federal Defenders of San Diego, Inc.
                               Attorneys for Defendant
                               heather_rogers@fd.org