FILED

NOV 1 5 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. __07CR3135-IEG__ |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| JACOBO CLEMENTE BENAVIDES-GONZALEZ, | |
| Defendant. | |

The United States Attorney charges:

On or about October 20, 2007, within the Southern District of California, defendant JACOBO CLEMENTE BENAVIDES-GONZALEZ, did knowingly and intentionally import approximately 50 kilograms or more, to wit: approximately 60.98 kilograms (134.15 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: __November 15, 2007__.

KAREN P. HEWITT
United States Attorney

REBECCA S. KANTER
Assistant U.S. Attorney

RSK:psd:Imperial
11/15/07