

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,        ) Criminal No. **07CR3135-IEG**
11 |                                  )
   |              Plaintiff,          ) **FINDINGS AND RECOMMENDATION OF**
                                      ) **THE MAGISTRATE JUDGE UPON A**
12 | v.                               ) **PLEA OF GUILTY**
                                      )
13 | **JACOBO CLEMENTE BENAVIDES-**   )
   | **GONZALEZ**,                    )
14 |                                  )
                                      )
15 |              Defendant.          )

16
17       Upon Defendant's request to enter a plea of Guilty pursuant
18  to Rule 11 of the Federal Rules of Criminal Procedure, this
19  matter was referred to the Magistrate Judge by the District
20  Judge, with the written consents of the Defendant, counsel for
21  the Defendant, and counsel for the United States.
22       Thereafter, the matter came on for a hearing on Defendant's
23  plea of guilty, in full compliance with Rule 11, Federal Rules of
24  Criminal Procedure, before the Magistrate Judge, in open court
25  and on the record.
26       In consideration of that hearing and the allocution made by
27  the Defendant under oath on the record and in the presence of
28  counsel, and the remarks of the Assistant United States Attorney,
    ///

1     **I therefore RECOMMEND that the District Judge accept the**
2 **Defendant's plea of guilty.**
3     The sentencing hearing will be before United States District
4 **Judge Irma E. Gonzalez, on February 25, 2008, at 9:00 a.m.**.
5     Objections to these Findings and Recommendation must be
6 filed within 14 days of the date of this order.

9 Dated: 12/6/07

                         Honorable Peter C. Lewis
                         United States Magistrate Judge

11 Copies to:

12 Hon. Irma E. Gonzalez
    U.S. District Judge

14 United States Attorney

15 Heather Rogers
    Counsel for Defendant