KAREN P. HEWITT
United States Attorney
GEORGE V. MANAHAN
Assistant United States Attorney
California State Bar No. 239130
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
619 557-6327 (Telephone)     619 235-2757 (Fax)
E-mail: George.Manahan@usdoj.gov

Attorneys for Respondent-Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JACOBO CLEMENTE ) <br> BENAVIDES-GONZALEZ, ) <br> ) <br> Defendant. ) <br> _____) | Criminal Case No. 07-cr-3135-IEG <br><br> NOTICE OF APPEARANCE |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

Please feel free to call me if you have any questions about this notice.

DATED: February 5, 2008.

KAREN P. HEWITT
United States Attorney

s/ *George V. Manahan*
George V. Manahan
Assistant United States Attorney

Notice of Appearance
United States v. Jacobo Clemente Benavides-Gonzalez                                                07-cr-3135-IEG

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>  v.<br><br>JACOBO CLEMENTE ,<br>BENAVIDES-GONZALEZ<br><br>         Defendant. | Criminal Case No. 07-cr-3135-IEG<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

    I, George Manahan, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of the foregoing NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    1.    Heather Rogers
          Email: heather_rogers@rogersdefense.com

    I declare under penalty of perjury that the foregoing is true and correct.

    EXECUTED on February 5, 2008.

                                                      s/ *George V. Manahan*
                                                      GEORGE V. MANAHAN